UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| DANIEL AUDE, Individually and on Behalf of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | )<br>) CASE NO. 17-CV-10085-VSB |
| vs. | )<br>) |
| KOBE STEEL, LTD., HIROYA KAWASAKI, YOSHINORI ONOE, AKIRA KANEKO, AND NAOTO UMEHARA, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

_____

### NOTICE OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT AND PROVIDING NOTICE

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that upon the Stipulation and Agreement of Settlement dated September 21, 2018 (the "Stipulation"), attached hereto as Exhibit 1; the accompanying memorandum of law; and all other papers and proceedings herein, Lead Plaintiff Daniel Aude hereby moves this Court, under Rule 23 of the Federal Rules of Civil Procedure, for an order: (i) preliminarily approving the proposed Settlement of this Action as embodied in the Stipulation; (ii) preliminarily certifying the Settlement Class for purposes of effectuating the Settlement, preliminarily certifying Lead Plaintiff as class representative, and appointing Lead Counsel as class counsel for purposes of the Settlement; (iii) approving the form, content and manner of providing notice of the Settlement to the Settlement Class; (iv) authorizing the mailing and publication of such notice; and (v) scheduling a hearing to consider final approval of the

Settlement and other related matters.  The [Proposed] Order Preliminarily Approving Settlement and Providing Notice is attached to the Stipulation as Exhibit A.

Dated: September 24, 2018　　　　　　　　Respectfully,
New York, New York

　　　　　　　　　　　　　　　　　　　　**WOLF POPPER LLP**

　　　　　　　　　　　　　　　　　　　　*/s/ Robert C. Finkel*_____
　　　　　　　　　　　　　　　　　　　　Robert C. Finkel
　　　　　　　　　　　　　　　　　　　　Andrew E. Lencyk
　　　　　　　　　　　　　　　　　　　　Fei-Lu Qian
　　　　　　　　　　　　　　　　　　　　845 Third Avenue, 12th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　Tel: (212) 759-4600
　　　　　　　　　　　　　　　　　　　　Fax: (212) 486-2093
　　　　　　　　　　　　　　　　　　　　rfinkel@wolfpopper.com
　　　　　　　　　　　　　　　　　　　　alencyk@wolfpopper.com
　　　　　　　　　　　　　　　　　　　　fqian@wolfpopper.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Lead Plaintiff*