**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DANIEL AUDE, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>KOBE STEEL, LTD., HIROYA KAWASAKI, YOSHINORI ONOE, AKIRA KANEKO, AND NAOTO UMEHARA, )<br><br>Defendants. ) | CASE NO. 17-CV-10085-VSB |

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR FINAL ORDER APPROVING CLASS ACTION SETTLEMENT, CERTIFYING SETTLEMENT CLASS, AND APPROVING PLAN OF ALLOCATION, AND REQUEST FOR ATTORNEYS' FEES <u>AND REIMBURSEMENT OF EXPENSES</u>**

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that upon the accompanying memorandum of law; the Declaration of Robert C. Finkel in support thereof, together with exhibits thereto, being filed concurrently herewith, and all other papers and proceedings herein, Lead Plaintiff Daniel Aude hereby moves this Court, under Rule 23 of the Federal Rules of Civil Procedure, for (i) an order granting final approval of the proposed $500,000 all cash settlement of this class action ("Action") as embodied in the Stipulation of Settlement previously filed with this Court (ECF No. 25-1) (the "Settlement") and certification of the Settlement Class; (ii) an order approving the proposed Plan of Allocation of the Settlement proceeds; (iii) and order granting an award of attorneys' fees in the amount of 25% of the Settlement Fund ($125,000), plus interest at the same rate as earned by the Settlement Fund, reimbursement of $5,689.46 in reasonable and necessary

1

expenses incurred in the prosecution of this Action, and an award of $536.69 for the Lead Plaintiff for his time and costs in the initiation, prosecution and resolution of this Action.

Pursuant to this Court's November 27, 2018 Order Preliminarily Approving the Settlement and Directing Notice (ECF No. 28), a hearing on this motion shall be held before the Court on February 21, 2019, at 11:00 a.m., at the United States District Courthouse for the Southern District of New York, as specified in the notice previously disseminated to potential Settlement Class Members pursuant to that Order.

The [Proposed] Order and Final Judgment (previously submitted to the Court in connection with the motion for preliminary approval of the Settlement, ECF No. 25-7, with updated date references) is submitted herewith as Exhibit 1.

The [Proposed] Order Approving Plan of Allocation is submitted herewith as Exhibit 2.

The [Proposed] Order Awarding Attorneys' Fees and Reimbursement of Expenses to Plaintiff's Counsel and an Award to Lead Plaintiff is submitted herewith as Exhibit 3.

Dated: January 17, 2019  
New York, New York

Respectfully,

**WOLF POPPER LLP**

*/s/ Robert C. Finkel*_____  
Robert C. Finkel  
Andrew E. Lencyk  
845 Third Avenue, 12th Floor  
New York, New York 10022  
Tel: (212) 759-4600  
Fax: (212) 486-2093  
rfinkel@wolfpopper.com  
alencyk@wolfpopper.com

*Attorneys for Lead Plaintiff and*  
*Lead Counsel*

**U.S. MARKET ADVISORS**
   **LAW GROUP PLLC**
David P. Abel
5335 Wisconsin Ave. NW, Ste. 440
Washington, DC  20015
202-274-0237 Telephone
202-686-2877 Facsimile
dabel@usmarketlaw.com

*Attorneys for Plaintiff*